### J. HILDRETH *v.* R. M. HOUGH.

Leave to amend the original process issued out of the Circuit Court, will not be granted in the Supreme Court.

THIS was a motion addressed to the Supreme Court for leave to amend the original writ of summons issued from the Circuit Court of Cook county, by striking out the word "next;" the summons having been issued in October, and made returnable in October next.

*Per Curiam.* The motion in this court for an order to amend the process issued from the court below, is denied.

*Motion denied.*